## STATE OF CONNECTICUT *v.* CORNELIUS HARGROVE
### (11659)

FREEDMAN, SCHALLER and SPEAR, Js.

Argued February 15—decision released March 8, 1994

*Dante R. Gallucci,* special public defender, filed a brief for the appellant (defendant).

*Richard F. Jacobson,* assistant state's attorney, with whom, on the brief, were *Donald A. Browne,* state's attorney, and *Gerard P. Eisenman,* assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.